UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEANDRE LEE OUTLEY,

Plaintiff

v.

KLINE, et al.,

Defendant

Case No. 2:26-cv-02740-RFB-MDC

**ORDER**

State prisoner Deandre Lee Outley has submitted a letter to this Court. *See ECF No. 1*. He has not submitted a complaint or application to proceed in forma pauperis or paid a filing fee. "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." *See* Court Local Rule LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a). If Plaintiff wishes to proceed with this action, Plaintiff must file a complaint that complies with LSR 2-1 and is personally signed. And Plaintiff should file the complaint on this Court's approved civil-rights form. He must also either file a fully completed application to proceed in forma pauperis or pay the full $405 filing fee.

It is therefore ordered that Plaintiff has **until October 5, 2026**, to submit a signed complaint on this Court's form along with either the filing fee or an application to proceed in forma pauperis.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, along with a complete application to proceed *in forma pauperis* or the required filing fee.

The Clerk of the Court is directed to send to Plaintiff Deandre Lee Outley the approved form for filing a 42 U.S.C. § 1983 complaint with instructions and an application to proceed in forma pauperis for a prisoner with instructions.

DATED: September 3, 2026

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE